

RECEIVED
JAN 20 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>SUSAN LYNN MAROON, )<br>  )<br>Defendant. ) | Criminal No. 3:10-cr-01<br><br>**INDICTMENT**<br>T.18, U.S.C., § 1344 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Bank Fraud)

1. During the period beginning on or about August 25, 2006, and continuing until on or about August 30, 2006, in and about Scott County, in the Southern District of Iowa, and elsewhere, the defendant, SUSAN LYNN MAROON, did knowingly devise a scheme and artifice to defraud Guaranty Bank, Brown Deer, Wisconsin, a bank whose deposits were, at all relevant times, insured by the Federal Deposit Insurance Corporation, and to obtain money, funds, assets, and other property owned by and under the custody and control of said bank, by means of materially false and fraudulent pretenses, representations, and promises.

2. At all times relevant hereto, the defendant, SUSAN LYNN MAROON, was the owner of Maroon Mortgage, Eldridge, Iowa.

3. The defendant, SUSAN LYNN MAROON, d/b/a Maroon Mortgage, served as mortgage broker to her clients, the "borrowers," to assist the borrowers in obtaining a loan for the purchase of the residence located at 2021 Washington Street, Davenport, Iowa.

4. As part of the loan approval process, the lender, Guaranty Bank and its mortgage lending arm, GN Mortgage, required one or more verifications of deposit (VODs) to ensure that the borrowers had adequate available assets to complete the transaction.

5. The defendant, SUSAN LYNN MAROON, knew that Guaranty Bank, via the VOD process, required that the borrowers have $500 (five hundred dollars) on deposit in a bank account.

6. The defendant, SUSAN LYNN MAROON, further knew that the borrowers lacked the necessary funds to comply with the VOD requirement and to qualify for the loan.

7. It was part of the scheme and artifice to defraud and to obtain money, funds, assets, and other property by means of materially false and fraudulent pretenses, representations, and promises, that on or about August 25, 2006, prior to the VOD, the defendant, SUSAN LYNN MAROON, provided the borrowers with $400 of Maroon Mortgage funds for deposit into the borrowers' bank account.

8. It was further part of the scheme that after the VOD, the defendant, SUSAN LYNN MAROON, caused the borrowers to withdraw the $400 and return it to the defendant.

9. It was further part of the scheme that on August 28, 2006, prior to the VOD, the defendant, SUSAN LYNN MAROON, provided the borrowers with $850 of Maroon Mortgage funds for deposit into the borrowers' bank account.

10. It was further part of the scheme that after the VOD, the defendant, SUSAN LYNN MAROON, caused the borrowers to withdraw the $850 and return it to the defendant.

11. During the period beginning on or about August 25, 2006, and continuing until on or about August 30, 2006, in and about Scott County, in the Southern District of Iowa, and

elsewhere, the defendant, SUSAN LYNN MAROON, did knowingly, and with the intent to defraud, execute and attempt to execute a scheme and artifice to defraud Guaranty Bank, Brown Deer, Wisconsin, a bank whose deposits were, at all relevant times, insured by the Federal Deposit Insurance Corporation, and to obtain money, funds, assets, and other property owned by and under the custody and control of said Bank, by means of materially false and fraudulent pretenses, representations, and promises, as set forth above, in that the defendant caused Guaranty Bank to loan to the borrowers $117,000, thereby resulting in a loss to said Bank, after default by the borrowers, of approximately $88,305.45.

This is a violation of Title 18, United States Code, Section 1344.

**A TRUE BILL.**

/s/
_____
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney


By: /s/
_____
Joel W. Barrows
Assistant United States Attorney