IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:10-cr-01 |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN LYNN MAROON, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S PROPOSED WITNESS LIST**

COMES NOW the United States of America, by its attorney, Joel W. Barrows, Assistant United States Attorney for the Southern District of Iowa, and submits the following list of witnesses which may be introduced in the government's case-in-chief. This list may not include witnesses who may be introduced depending upon issues which may arise during trial. The government reserves its right to introduce witnesses not on this list if the government determines their testimony would be relevant. The government is not required by rule or statute to file any witness list, and this list is provided for the convenience of the Court. It is not meant to limit the government in what witnesses will be called at trial.

1. Jeff Huber

2. Dale Owen

2. Sue Schocker

4. Robert Prewitt

5. Amanda Van Wyk (formerly, Amanda Prewitt)

6. Gail Andrich

7. Shirley Krueger

    8. Amy Helgerson

    9. Donna Gibson

    10. Melissa Barlett

    11. Richard Barlett

    12. Chad Kelley

    13. Dwayne Willms

    14. Patrick Madigan

    15. Paul Liesinger

                              Respectfully Submitted,

                              Nicholas A. Klinefeldt
                              United States Attorney

                   By:  /s/ Joel W. Barrows
                           Joel W. Barrows
                           Assistant United States Attorney
                           U.S. Courthouse, Suite 310
                           131 East 4th Street
                           Davenport, Iowa 52801
                           Tel: (563) 449-5432
                           Fax: (563) 449-5433
                           Email: Joel.Barrows@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail   _____Fax   _____Hand Delivery

 X   ECF/Electronic filing   \_\_\_\_Other means


UNITED STATES ATTORNEY

By: /s/ _____
     Paralegal Specialist