IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:10-cr-01 |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN LYNN MAROON, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S AMENDED PROPOSED WITNESS LIST**

COMES NOW the United States of America, by its attorney, Joel W. Barrows, Assistant United States Attorney for the Southern District of Iowa, and submits the following list of witnesses which may be introduced in the government's case-in-chief. This list may not include witnesses who may be introduced depending upon issues which may arise during trial. The government reserves its right to introduce witnesses not on this list if the government determines their testimony would be relevant. The government is not required by rule or statute to file any witness list, and this list is provided for the convenience of the Court. It is not meant to limit the government in what witnesses will be called at trial.

1. Jeff Huber

2. Dale Owen

2. Sue Schocker

4. Robert Prewitt

5. Amanda Van Wyk (formerly, Amanda Prewitt)

6. Gail Andrich

7. Shirley Krueger

    8. Amy Helgerson

    9. Donna Gibson

    10. Melissa Barlett

    11. Richard Barlett

    12. Chad Kelley

    13. Dwayne Willms

    14. Patrick Madigan

    15. Paul Leisinger

    16. Craig Christensen

    17. Barrett Pribyl

    18. James McMillan

    19. Joseph Stephens

    20. Harold Albertson

Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By:   /s/ Joel W. Barrows
       Joel W. Barrows
       Assistant United States Attorney
       U.S. Courthouse, Suite 310
       131 East 4th Street
       Davenport, Iowa 52801
       Tel: (563) 449-5432
       Fax: (563) 449-5433
       Email: Joel.Barrows@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2010, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  _____Hand Delivery

\_X\_\_ECF/Electronic filing  \_\_\_\_Other means

UNITED STATES ATTORNEY

By: /s/   ldg
        Paralegal Specialist