IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:10-cr-01 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN LYNN MAROON, | ) | PROPOSED WITNESS LIST |
|     Defendant. | ) | |

_____

COMES NOW Susan Maroon, by and through her attorney, Mark S. Pennington, and submits the following list of witnesses which may be introduced at trial:

1. Brian Bastian

2. Leslie Downs-Mullen

3. Geri Doyle

4. Rebecca Duffus

5. Jeff Krager

6. Rick Matthews

7. Calvin Moss

8. Michelle Vanopdorp

9. Diane Godwin

10. Barrett Pribyl

11. Susan Shocker

12. Chad Moede

13. Special Agent James McMillan

All witnesses with the exception of Duffus, Godwin and Shocker will provide character testimony. This list may not include witnesses who may be introduced depending upon issues which may arise during trial. The Defendant reserves its right to introduce witnesses not on this list if Defendant's counsel determines their testimony would be relevant. The Defendant is not required by rule or statute to file any witness list, and this list is provided for the convenience of the Court. It is not meant to limit the Defendant in what witnesses will be called at trial.

Respectfully submitted,

   /s/ Mark S. Pennington
Mark S. Pennington
KUTMUS AND PENNINGTON, P.C.
604 Locust Street, Ste. 618
Des Moines, IA 50309
(515) 288-3339 Telephone
(515) 288-8629 Facsimile
mark@kutmusandpennington.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby declare that on the 27 day of July, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Joel Barrows
Assistant United States Attorney
131 East 4th Street, Ste. 310
Davenport, IA 52801
*Attorney for USA*

   /s/ Jodi Nissen