IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SUSAN LYNN MAROON, <br><br> Defendant. | No. 3:10cr0001-JAJ <br><br><br> ANSWER TO JURY QUESTION |

The court was presented with the following question from the jury:

"Exhibit 30

Item: 66/170 Cash to Close 817 transposed 871

Underwriter conditions:

Does "Cash to Close" 817 (871) mean Prewitts must have $871 in Alcoa Account at closing?

The court answers as follows:

"No it does not."

DATED this 5th day of August, 2010.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA