IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SUSAN LYNN MAROON,<br><br>      Defendant. | No. 3:10cr0001-JAJ<br><br>**ANSWER TO JURY QUESTION** |

The court was presented with the following question from the jury:

"*Question 1*: When was the loan officially "clear to close?

*Question 2*: After 8/25/06, V.O.D., is there a certain balance needed in Prewitt's account to close on the day of closing?

*Question 3*: What time was closing held at Mr. Moss's office on 8/30/06?"

The court answers as follows:

"*Question 1*: 8/30/06.

*Question 2*: No.

*Question 3*: There was no evidence presented on this issue."

**DATED** this 5th day of August, 2010.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA