IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSAN LYNN MAROON,<br><br>    Defendant. | No. 3:10-cr-00001-JAJ<br><br>VERDICT FORM |

### COUNT 1 - Bank Fraud

With regard to the crime of Bank Fraud as charged in Count 1 of the Indictment, we, the jury, find the defendant, Susan Lynn Maroon:

    __X__ NOT GUILTY          ____ GUILTY

We, the jury, unanimously agree to the verdict above.